UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SHARINA TORRES,                      :
                Plaintiff,          :
                            :
       v.                    :   No. 5:21-cv-04953
                            :
UNITED STATES OF AMERICA,            :
                Defendant.          :

_____

# O R D E R

**AND NOW**, this 13th day of June, 2022, for the reasons set forth in the Opinion issued

this date, **IT IS ORDERED THAT:**

    1.     Defendant's Motion to Limit Damages, ECF No. 10, is **GRANTED**.

    2.     Damages in the above-captioned action are limited to $500,500.


                                    BY THE COURT:


                                    */s/ Joseph F. Leeson, Jr.*_____
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge